HELEN DUFF, Respondent, *v.* VILLAGE OF AVON,
Appellant.

*Duff* v. *Village of Avon*, 143 App. Div. 960, reversed.
(Argued November 27, 1912; decided December 17, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered April 6, 1911, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover

41

for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant in permitting ice to accumulate on one of its sidewalks.

*John G. Carpenter* for appellant.

*Charles D. Newton* for respondent.

Judgment reversed and new trial granted, costs to abide event, on the ground that the evidence was insufficient to show negligence on the part of defendant; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN and COLLIN, JJ. Dissenting: HAIGHT, WERNER and CHASE, JJ.